UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BUD GASKIN,

    Plaintiff,

v.    6:11-cv-028

CAROLYN W. COLVIN,
*Acting Commissioner of Social Security*,

    Defendant.[1]

## ORDER

Before the Court is a motion to clarify its Order and Judgment awarding Plaintiff attorney's fees under the Equal Access to Justice Act (EAJA). ECF Nos. 30; 28. Because the Defendant has shown good cause, the Court clarifies its earlier order. It is **ORDERED** that Plaintiff is awarded $5,362.50 in attorney's fees, $454.10 in expenses, and $805.00 in costs under the EAJA.

The 7 day of March, 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. *Pursuant to Rule 25(d) of* the Federal Rules of Civil Procedure, Acting Commissioner Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as the defendant in this suit.